889 A.2d 1210

**FOREST HIGHLANDS COMMUNITY ASSOCIATION, Respondent,**

v.

**Nancy S. HAMMER, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 8, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of February 2006, we hereby **GRANT** the Petition for Allowance of Appeal, **REVERSE** the Order of the Superior Court, and **REMAND** this matter so

46

that the Superior Court may address the merits. *See,* Pa. R.A.P. 1701(b)(1).

Justice BAER did not participate in the consideration or decision of this matter.